■ In the Matter of STEPHEN GODZISZ, Respondent, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, Respondents, and ADA L. DEANS, Appellant.—Order unanimously affirmed, without costs. (Appeal from order of Supreme Court, Erie County, Wolf, J.—Election Law.)

Present—Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ. (Decision entered Aug. 21, 1985.)